# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 1047

VERSUS

ERIC LEROY BOLTON

**DECEMBER 30, 2025**

---

In Re:    Eric Leroy Bolton, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 484145.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.** The detection of DNA from another individual on the towel recovered from the victim's stolen vehicle, absent any evidence as to the origination of the towel or how and when the towel was placed into the vehicle, does not warrant re-testing of the towel in this case. Furthermore, in light of the testimony presented at relator's jury trial, testing of this physical evidence will not conclusively and scientifically prove his innocence. See La. Code Crim. P. art. 930.3(7). Given the foregoing, the district court did not abuse its discretion by denying relator's unopposed motion to release evidence for testing. La. Code Crim. P. art. 926.3(A).

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT